CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 08 2016

JULIA C. DUDLEY, CLERK
BY: /s/ 
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JUSTIN SETH WOODBY,<br>  Petitioner, | Civil Action No. 7:15-cv-00256 |
| v. | **FINAL ORDER** |
| VIRGINIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br>  Respondents. | By: Hon. Michael F. Urbanski<br>United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondents' motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 8th day of February, 2016.

/s/ Michael F. Urbanski
United States District Judge